■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN CINTRON, Appellant. [27 NYS3d 890]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Camacho, J.), rendered December 19, 2012, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was properly adjudicated a second felony drug offender previously convicted of a violent felony (*see* Penal Law § 70.70 [4]). The defendant failed to sustain his burden of demonstrating that his previous plea of guilty was unconstitutionally obtained (*see* CPL 400.21 [7] [b]; *People v Harris*, 61 NY2d 9, 15-16 [1983]; *People v Glover*, 69 AD3d 877, 878 [2010]; *People v Manohar*, 40 AD3d 1123, 1124 [2007]). The minutes from the prior plea proceeding established that his plea of guilty to the predicate violent felony was knowingly, voluntarily, and intelligently entered (*see People v Manohar*, 40 AD3d at 1124-1125). Rivera, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.